

# IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00422-CR

**RICHARD ANDREW WETMORE,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 33239-CR

## MEMORANDUM  OPINION

Richard Wetmore attempts to appeal the trial court's denial of his motion to suppress.  By letter dated November 8, 2011, the Clerk of this Court notified Wetmore that the appeal was subject to dismissal because it appeared that this Court does not have jurisdiction over the trial court's interlocutory order.  *See McKown v. State*, 915 S.W.2d 160 (Tex. App.—Fort Worth 1996, no pet.).  The Clerk also warned Wetmore that the appeal would be dismissed unless, within 21 days of the date of the letter, a

response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Wetmore has not filed a response showing grounds for continuing the appeal.

We do not have jurisdiction to consider Wetmore's interlocutory appeal. *McKown v. State*, 915 S.W.2d at 161. Accordingly, this appeal is dismissed.


AL SCOGGINS

Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 21, 2011
Do not publish
[CR25]